# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00070-CV

**Destry W. Kittman, Glendee Kittman and Martha S. Kittman, Appellants**

**v.**

**W. Shane Kittman, Donald E. Arnold and Gwen B. Arnold, Appellees**

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 36643, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Destry W. Kittman, Glendee Kittman, and Martha S. Kittman have filed an unopposed motion to abate this appeal pending the district court's preparation of findings of facts and conclusions of law that appellants assert are required and now overdue. We grant appellants' motion, abate this appeal, and remand this cause to the district court with instructions that the court prepare any findings of fact and conclusions of law required by the Texas Rules of Civil Procedure.

We further instruct appellants to file either a motion to reinstate the appeal or a report advising us of the status of the appeal by no later than August 6, 2012.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Abated

Filed:   June 8, 2012